UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,                        :
                                                 :
          v.                                     :          **ORDER**
                                                 :          21-CR-564 (WFK)
HAFIZULLAH EBADY, BRYCEN MILLETT,                 :
BRIAN MICHAEL SUTTON, ANTHONY                     :
SANTAMARIA, JOSHUA MANUEL ALEGRIA,               :
and HERSHEL TSIKMAN,                              :
                                                 :
                    Defendants.                  :
                                                 :
------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

Due to an unanticipated change in the Court's schedule, the Court ADJOURNS the status

conference in this action currently scheduled for Monday, March 18, 2024 at 12:30 P.M. until

Tuesday, March 19, 2024 at 12:30 P.M.  The conference will proceed at the United States

Courthouse, 225 Cadman Plaza East, Brooklyn, New York, in Courtroom 6H North, before the

Honorable William F. Kuntz, II.

                        **SO ORDERED.**

                        s/ WFK

                        _____
                        HON. WILLIAM F. KUNTZ, II
Dated: February 15, 2024           UNITED STATES DISTRICT
       Brooklyn, New York

1