UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
\- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

– against –

ANTHONY SANTAMARIA

Defendant.

\- - - - - - - - - - - - - - - - - - - - X

ORDER OF RESTITUTION

Criminal Docket No. 21-CR-564 (S-3) (WFK)

WHEREAS, defendant ANTHONY SANTAMARIA was sentenced on May 19, 2026, in the above-captioned case,

1. This order of restitution is incorporated by reference to the Judgment imposed on May 19, 2026.

2. The defendant is directed to pay restitution to the victims named, and in the amounts listed in Exhibit A to this order.

3. Restitution is due immediately. The total restitution amount to be paid is $521,564,466.96 plus interest. See 18 U.S.C. § 3612(f). Monthly payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

4. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of the judgment, unless waived or modified by the court. See 18 U.S.C. § 3612(f).

5. The defendant shall notify the Court and the Financial Litigation Unit of the United States Attorney's Office, Eastern District of New York of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution. See 18 U.S.C. § 3664(k).

6. The restitution imposed is lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment and continues for 20 years or until the liability is satisfied, remitted[1], set aside, or is terminated under subsection 18 U.S.C. § 3613(b). See 18 U.S.C. § 3613(c).

7. The defendant is jointly and severally liable for the restitution judgment with his co-defendants Joshua Alegria, David Bishoff, Hafizullah Ebady, Brycen Millett, and Hershel Tsikman.

8. The Clerk is directed to distribute restitution payments *pro rata* to the victims at least once per year to the extent funds are available to distribute. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. The Clerk is directed to mail a copy of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Brooklyn, New York
June 22, 2026

**s/WFK**

HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

[1] Remission is applicable to fines only.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

ANTHONY SANTAMARIA,

Defendant.

– – – – – – – – – – – – – – – – – – – – – – X

Criminal Docket No. 21-CR-564 (S-3) (WFK)

EXHIBIT A TO ORDER OF RESTITUTION

| VICTIM NAME AND ADDRESS | | LOSS AMOUNT |
|---|---|---|
| (1) | Express Scripts<br>Attention: Tina Italiano/Mailstop S12eb<br>One Express Way,<br>St. Louis, MO 63121 | $173,574,497.03 |
| (2) | Caremark<br>Attention: Pharmacy Restitution<br>9501 E Shea Blvd Mc-020,<br>Scottsdale, AZ 85213 | $151,456,532.02 |
| (3) | Catamaran<br>Attention: Optum Rx Legal<br>5701 Katella Avenue, Ms: Ca120-0563.,<br>Cypress CA 90630 | $94,378,327.80 |
| (4) | Optum Rx<br>Attention: Optum Rx Legal<br>5701 Katella Avenue, Ms: Ca120-0563.,<br>Cypress CA 90630 | $53,483,944.61 |
| (5) | Prime Therapeutics<br>2900 Ames Crossing Road Suite 200<br>Eagan, MN 55121 | $28,757,133.59 |
| (6) | Aetna<br>151 Farmington Avenue,<br>Hartford, CT 06156 | $6,213,791.35 |
| (7) | Data Rx<br>7 Williams Bros. Dr,<br>Washington, Indiana 47501 | $2,128,799.67 |
| (8) | Argus Health Systems<br>1300 Washington St. | $1,802,846.52 |

| | |
|---|---|
| Kansas City, MO 64105 | |
| (9) Navitus<br>1025 West Navitus Drive<br>Appleton, WI 54913 | $1,493,113.27 |
| (10) Prime Capital RX<br>2900 Ames Crossing Road Suite 200<br>Eagan, MN 55121 | $1,399,998.72 |
| (11) EnvisionRx<br>10181 Scripps Gateway Ct.<br>San Diego, CA 92131 | $888,963.53 |
| (12) Laker Software, Inc.<br>10181 Scripps Gateway Ct.<br>San Diego, CA 92131 | $758,107.48 |
| (13) Restat<br>5701 Katella Avenue, MS: CA120-0563.,<br>Cypress CA 90630 | $741,103.56 |
| (14) Tredium<br>99 Ash Street Suite 300<br>Nashville, TN 37210 | $715,830.06 |
| (15) BCBS Mississippi<br>3545 Lakeland Dr,<br>Flowood, MS 39232 | $606,934.53 |
| (16) RelayHealth<br>6555 State Highway 161,<br>Irving, TX 75039 | $595,784.45 |
| (17) Megellan<br>2900 Ames Crossing Road Suite 200<br>Eagan, MN 55121 | $585,442.28 |
| (18) Independent Health<br>Attention: Finance Reference SIU/Restitution<br>511 Farber Lakes Dr.<br>Buffalo, NY 14221 | $556,081.42 |
| (19) ProCare Rx<br>Attention: Barbara Rambo<br>1267 Professional Pkwy,<br>Gainesville GA 30507 | $482,884.67 |
| (20) MedImpact<br>10181 Scripps Gateway Ct.<br>San Diego, CA 92131 | $459,991.68 |
| (21) Abarca<br>1606 Ave. Ponce de Leon<br>San Juan, PR 00909 | $281,626.86 |
| (22) McKesson<br>6555 State Highway 161,<br>Irving, TX 75039 | $59,863.43 |
| (23) BeneCard | $40,228.18 |

| | | |
|---|---|---|
| | 3131 Princeton Pike,<br>Lawrenceville, NJ 08648 | |
| (24) | Cervey<br>410 Kay Lane<br>Shreveport, LA 71115 | $31,400.94 |
| (25) | Pharmacy Data Management, Inc.<br>8530 Crossroads Dr,<br>Youngstown, OH 44514 | $24,995.07 |
| (26) | Magellan<br>2900 Ames Crossing Road Suite 200<br>Eagan, MN 55121 | $18,391.18 |
| (27) | US Script<br>8517 Southpark Circle, Suite 200,<br>Orlando, Florida 32819 | $14,206.79 |
| (28) | EHO<br>PO Box 360,<br>Belton, Texas 76513 | $7,521.31 |
| (29) | RxLogic<br>10 Burton Hills Blvd,<br>Nashville, TN 37215 | $3,548.09 |
| (30) | HealthSystems<br>5404 Cypress Center Drive, Suite 350,<br>Tampa, FL 33609 | $2,551.93 |
| (31) | Conduent<br>100 Campus Drive, Suite 200<br>Florham Park, NJ 07932 | $24.95 |
| Total Restitution | | $521,564,466.96 (plus interest) |