**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Eastern District of New York

Caption:
United States of America v.

Ebady, et al.

Docket No.: 1:21-CR-00564
Hon. William F. Kuntz, II
(District Court Judge)

Notice is hereby given that Hershel Tsikman appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓] other [✓] Order of Restitution as to Hershel Tsikman
*(specify)*

entered in this action on 7/7/2026 .
(date)

This appeal concerns: Conviction only [ ] Sentence only [✓] Conviction & Sentence [ ] Other [ ]

Defendant found guilty by plea [✓] trial [ ] N/A [ ] .

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: 5/4/2026 N/A [ ]

Bail/Jail Disposition: Committed [ ] Not committed [✓] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: Benjamin N. Gluck; Larry H. Krantz

Counsel's Address: 1875 Century Park East, 23rd Fl., Los Angeles, CA 90067 (B. Gluck)
747 Third Avenue, 32nd Floor, New York, NY 10017 (L. Krantz)

Counsel's Phone: (310) 201-2100 (B. Gluck); (646) 943-6128 (L. Krantz)

Assistant U.S. Attorney: John Vagelatos; Jessica Weigel

AUSA's Address: 271 Cadman Plaza East
Brooklyn, NY 11201

AUSA's Phone: (718) 254-6182 (J. Vagelatos); (718) 254-6157 (J. Weigel)

/s/ Benjamin N. Gluck
Signature

/s/ Larry H. Krantz
Signature